For The Middle District of Pennsylvania

Keith S. Brown

**FILED**
HARRISBURG, PA

DEC 04 2023

PER _____
DEPUTY CLERK

Civil No. 1:23-cv-1123

V.S.

Col. Evans et al                    Most Honorable Jennifer P. Wilson

Jury Trial Demanded

(Sued Individual and official capacity)

Amended Complaint

1. This claim is being brought pursuant to 42 U.S.C. § 1983 for violation of plaintiff rights under the Eighth Amendment of the United States Constitution

2. This court has jurisdiction over the federal claims pursuant to 28 U.S.C. §§ 1331 and 1343 and jurisdiction over the State law claims pursuant to principals of pendant and ancillary jurisdiction

3. Venue is proper under 28 U.S.C. § 189 (b) because all of the causes of action upon the Complaint is based aros, the Schuylkill County of Pennsylvania

4. This action is brought pursuant to article I, Section 11 article V, Section 5(b) of the Pennsylvania Constitution and Rule 1001 (6)(+) of the pennsylvania Rule of civil procedure ("PA. R. C.V.P) jurisdiction is based upon 42 P.A.G. S: A 3 931 and the aformentional constitutional provision

plaintiff exhausted all avenue of the grievance 976654

5) pursuant to PA R. Civ P 1006, the venue of this Suit is proper as the claims arose In Schuylkill County pennsylvania the amount In Controversly does exceed three hundred thousand dollars ($300,000.00)

(parties)

6) plaintiff Keith S. Brown HS5040 was housed at Sci-frackville 1111 Alfamont Blvd pa 17931 at all times relevant hereto plaintiff Is under the Care; Custody and Control of the pennsylvania Department of Correctionals

7) Defendant officer Col. Evans works for the pennsylvania Department of Correctional at Schofrackville 1111 Alfamont Blvd frackville pa 17931 ("Doc") Is a Commonwealth agency with an officer for Service of process at the above address at all times relevant hereto D.O.C. was responsible for the Custody, Care and well Being of the plaintiff Mr Brown Sued Individual and official Capacity.

8) Defendant Dr. peter Baddick Is a physician who Is Employed by well-path health Service Inc to work at the State correctional Sci-frackville 1111 Alfamont Blvd feackville pa 17831 Being Sued In his Individual and official Capacity

9) Defendant PA Nichole Boguslaw Is a physician Assistant who Is Employed by wellpath health Service Inc. to work at State prison Sci-frackville 1111 Alfamont Blvd frackville pa 17931 being Sued In her Individual and official Capacity

2

10.) Defendant Well-path health Service, Inc; Is a Medical Service provider that has contracted with the pennsylvania Department of corrections to provide medical Care to Inmates at SCI-frackville being Sued In official and Individual Capacity.

11.) At all material times their defendant Was acting under Color of State law, pursuant to the Customs practices and policies of the Department of Corrections

(facts)

12.) On or about April 12, 2022 plaintiff was being transport from Lehigh Valley Medical Center By Defendant officer Col. Evans who was the Driver of the Department of correctional Vehicle While texting on his cellu phone Crash Into the Back of a Double park BMW Car on the highway

13.) while Defendant Evans was driving this Vehicle he was going approxim -ly around 30 or 40 MPH out St. Clear pA highway while texting on his cellu phone which Cause their accident acting reckless disregard to the plaintiff health and Safety

14.) AS of the result from this accident the plaintiff Keith Brown was Injure Suffer Intense excruciating pain to his neck, shoulder and lower lumbar Spine pain Severe emotional distress, anxiety and fear from the Impact of the Crash I thought I was going to die.

3

15) the state police was contact to the Scene took photos of Both vehicle and Exchange information with Cop Evans and the owner of the BMW Car

16) As a result of Defendant Evans Driving Down the highway and textin on his phone at the Same time Behavior Is Extreme and outrageous Conduct Causing me to have Emotional Distress, Nightmares, physical pain

17) The Decision by Defendant officer Cop Evans to Drive and text on his phone at the Same time was reckless disregard to the plaintiff health and Safety and that his Conduct Caused The plaintiff mr. Brown Injury failed to protect

18) The Decision by Defendant Evans to Drive and text was done with deberate Indifference to the plaintiff health and Safety violation of the Eighth Amendment rights Deprive him one of the basic necessities of life

19) The Decision by Defendant Evans to Drive and text on his phone down the highway was done with knowledge of the excessive risk to the plaintiff health and Safety and was done In disregard to the Substantial and excessive risk to the plaintiff health and Safety

20) In denying the plaintiff Safety while transporting him from the hospital Officer Evans was deliberately Indifference to plaintiff Basic human needs while Incarcerated In Schuylkill County

4

21) When the Security Staff officers from SCI-Frackville at the Scene with a Camera photos where being taken of the Scene I was finally remove from the wreck van and place into another van Department of Correctional vehicle.

22) While being Remove from the Van I reported again to Cpt. Evans my injuries also to the State troopers when he was stander there.

23) The plaintiff was transport Back to SCI-Frackville Medical Dept By officers Cpt. Evans and Several other officers. Defendant Evans made the plaintiff waite out In the waiting room rather than take you straight Back there like they usually Do. officer Evans went Into speak with Dr. peter Baddick Inconcert and agreements he Convince Dr. Baddick not to send Me Mr. Brown out to the emergency Room for the injuries he Sustain which they Intentionally and delaying the Standard of treatment Mr. Brown needed and request.

24) These Defendants are aware of the D.O.C. policy which Is If a Inmate get hurt Injure while outside the prison under there Supervision Do not Bring him Back Into the Institution until he check out By and Emergency Room hospital this Is the Standard of Care.

25) The plaintiff Mr. Brown was brought Into the medical triage Room In front of nurse amber Stahler who Started the assessment which I reported my Injuries then Dr. Baddick Came In and nurse Amber ask him If he Sending me out to the emergency Room he Stated No I request that I be Send out

5

26) The Defendant Baddick then Done A 5 minute Examination on my neck and shoulder

27) Defendant Dr. Baddick AS A Result from the Crash and Injuries Mr. Brown was proscribe prednisone and flexeral

28) Despite his Knowledge of the Seriousness of Mr. Brown Injuries Medical Condetion Dr. peter Baddick failed to provide the Care he required adequate Medical treatment and testing and Send to emergency Room

29) from April 12, 2022 Mr. Brown Complaint to Defendant peter Baddick

30) They order X ray which was Inappropiate for Mr. Brown Condition after he had Knowledge that I have a herniated Disc

31) Dr. Baddick failed to Secure proper treatment for Mr. Brown Condition, which was potentidly Life threaten.

32) Mr. Brown's Condition deteriorated to the point where he had to Sign Back up for a Sick Call because the next Day after the accident he couldnt Stand up Straight when he try to get out of Bed

33) AS a Result of Dr. Baddick failure to provide the requested Medical Care as needed to this Day Suffered Intense pain damage to his neck and Spine lower lumbar

34) Prison Well-path health Service has been providing Medical Care at SCI-frackville for awhile 2022

6

35) Defendant peter Baddick were employed by well-path health Services at all times relevant to this complaint

36) The Unadequacy of the care provided by Dr. peter Baddick as described above, was so likely to result in a violation of Mr. Browns rights under the Eighth amendment that the need for well-path health Service to act to prevent the violation was. obvious.

37) In failing to act, well-path health Service and Dr. Baddick was deliberately Undefferent to Mr. Browns Serious Medical needs

38) Defendant Well-path maintains a specific policy, Custom, or practice of Deliberate Undifference to the plaintiff Serious Medical needs which led to his harm

39) Defendant well-path Corporation, with deliberate Undifference to the Consequences established and Maintained a policy, practices or Custom which directly caused Mr. Brown Constitutional harm By Depriving the Standard of care treatment for his Neck, Back Injuries and further testing and to be Seen By a Specialist to find out how much harm he Sustain from the Crash which violate Eighth amendment of the Constit-ution of united States

40) as described above these Defendants have Intentionally refuse to provide Medicare despite there Knowledge that Mr. Brown need further Treatment and testing

4f) on April 13, 2022 Mr. Brown Submitted A Sick Call Slip Because the very next Day after the Crash Brown was experiencing pain In his neck and lower Back couldnt stand straight up when he got out of Bed Also pain In the Back of his head

42) April 15 2022 Mr. Brown was Saw on Sick Call By Defendant Nichole Boguslaw for the Injuries he Sustain She refuse to Send him to the emergency Room after I explain to her the Intense and excruciating pain he was expereincing In my Back Neck, head She Inform me to Stay on the pain medecation that I was already on and that She would order X-ray Mr. Brown request that he be Send out to the hospital She Ignore him

43) Mr. Brown explain to her that he had a herniate Disc In his Back also which from the Impact exacerbate the pain that he was already Suffer 10 times More She Intentionally Ignore Mr. Brown request for Standard of medical care to be Sent to the emergency Room for further testing and treatment, Better medicine She Ignore It.

44) Everytime Mr. Brown Would Sign up for Sick Call about his Injurys he Sustain from April 12, 2022 and request to be Send out for further testing because of the pain that still exist Dr. Baddick, Boguslaw and well-path Intentionally reckless desiregard my health and Safety.

45) AS A Result from the Crash and Injurys Mr. Brown Sustain he was Instructed to Stay on the Medecation Dr. Baddick Proscube and was already on Cortisporin Celebrex

4

46) Despite her Knowledge of the Seriousness of Mr. Brown Injuries Medical Condition PA Boguslaw failed to provided the Care he required

47) from april 15, 2022 Mr. Brown Complaint to defendant: Nichole Boguslaw

48) She order X-ray. which was Unappropiate for Mr. Brown Condition after She had Knowledge that he had a herniate Disc Lower Lumbar

49) PA. Nichole Boguslaw failed to Secure proper treatment for Mr. Brown Condition, which was potentially life threatening.

49) Mr. Brown, Condition deteriorated to the point where he had to Sign Back up for Sick Call because the next day after the Crash he Couldn't Stand Straight up when he got out of Bed.

50) As a Result of Nichole Boguslaw failure to provide the request Medical Care to Mr. Brown Suffered Intense pain and damages to his Spine

51) prison Well-path health Service has been providing Medical Care at Sct-frackvele Since 2020

52) Defendant Nichole Boguslaw were employed by well path health Service at all time relevant to this Complaint

53.) The Inadequacy of the care provided by PA Nichole Boguslaw as describe above was so likely to result in a violation of Mr. Brown rights under the Eighth amendment that the need for well-path service to act to prevent the violation was obvious.

54.) In failing to act, well-path maintains a specific policy, Custom, or practice of Deliberate Indifference to the plaintiff Serious Medical need which led to harm

55.) In failing to act, well-path health Service and PA Boguslaw was deliberate Indifference to mr. Brown Serious medial needs

56.) Defendant's Well-path corporation, with deliberate indifference to the consequences established and maintain a policy, practice or custom which directly caused Mr. Brown Constitutional harm by Depriving the standard of care Treatment for his neck, Back Injuries and further testing and to be Seen by a Specialist to find out how much harm he Sustain from the crash which Violate Eighth amendment of the Constitution of united States

57.) as described above these Defendants have intentionally refuse to provide Medical despite their Knowledge that Mr. Brown need further treatment and testing and to be send to the Emergency Room right after the crash when she knew I was injure

10

58) furthmor defendant well-path health Service Inc. obligation to Select and retain only competent physicians and/or staff when it knew or should have known that Defendants Boguslaw, Dr. Baddick and/or others employees, agents or Servants of the Defendants, well-path health Service where not capable of adequitly conducting a complete history, Background assesment of a patient as Mr. Brown Knowing he already had Sustain a lower limbar Injury Before the Crash As Result these defendants act with Deliberate Indefference to his Serieous Medical Need

59) Given Brown's Condition the Defendants Well-path Inc., Dr. Beddic PA. Boguslaw also Col. Evans Collectively Conduct act or omission failing to Send him to the emergency Room and/or refer him to the appropriate Specialist was Deliberate Indefference to his Serious medical need and from accepted Standards of Care under the Eighth amendment of the united States

60) Defendants officer Evans refusing to Send me to the emergency Room at the Scene of the Crash and/or well-path Inc., Dr. Baddick PA Boguslaw deprived the plaintiff from the Standard of Care for his Injuries and to Send him to the Emergency Room after he Inform them his Neck, Back, Shoulder was Injury was done Intentionally and Knowingly and with reckless and deliberate Indifference disregard for Mr. Brown health and Safety.

61.) Defendants COI. Evens, Dr. Baddick, PA. Boguslaw, well-path inc By not Sending the plaintiff to emergency Room where he could get adequatly treated for his Injuries he Sustain and to Know how much Damages Done to his Neck, Back was done with the Intent to

11

Knowledge and understanding of the excessive risk to the plaintiff health and safety it was also done with the intent and for the purpose of punishing the plaintiff. Depriving plaintiff of a Basic Human need constitute cruel and unusual punishment under the Eighth Amendment.

62) plaintiff repeatedly complained to the Defendants that his neck, Back, shoulder was injury and he need to go to the emergency Room was ignored.

(negligence for car crash)
Cause of Action 1

63) The action of defendant officer Evans in driving at a unsafe speed while texting on his cellur phone attempt to make an unsafe stop and turn running into the Back of a Blue BMW Car was done with Wanton disregard to the plaintiff Mr. Brown Safety and others the action of this defendant officer Col. Evans Constituted the tort of negligence

64) The actions of defendant officer Col. Evans operating the Van while texting on his cellur phone was done In wanton disregard for the Safety of the plaintiff Mr. Brown the action of the Defendant Evans Constituted negligence

65) the action / Inaction the defendants Col. Evans and Dr. peter Baddick, Boguslaw Unfailing to Send this plain-tiff to the Emergency Room right after he was In this Crash and sustain Injuries which Mr. Brown request was ignore and done In effort to Conceal or other wise cover-up

the action of Defendants officer Cor. Evans recklessness
also the Damage that Mr. Brown recieve from crash was cover
up By Defendants Boguslaw, Baddick, well-path phc. Consfutute
the tort of A Civil conspiracy.

66) The action of defendant Col. Evans While operate
the vehicle while texting on his phone was done wanton
disregard to the plaintiff Safety and Well being Defend-
-ant Col. Evans Constitute a tort of negligence

67) the action of defendant Col. Evans reckless and
careless operation of the vehicle Exhibit A wanton
disregard to the plaintiff Safety and well being Con-
-stitute the tort of failure to protect

68) The actions / Inaction of thee defendants officer Evans,
and Dr. Baddick, Boguslaw refusing to Send Mr. Brown to the
Emergency Room. After being In a Car crash was done Unconcient
effort to deprive the plaintiff the Standard of Care, CT-scan,
and to be Seen by Specialist Immidiately decrease the Value
of his Claim and Case Depriving the plaintiff Mr. Brown the
rights to petition the Courts, Government, with SubStantial
Evidence for redressing the Damages the actions / Inaction
Of Defendants Constitute the tort of obstruction with the
Administration of law or other Governmental function

69) The action / clnaction of defendant Evans Peter Baddick, AND Boguslaw In refusing to send the plaintiff to the Emergency Room after Car Crash was done In a Concerted Effort to conceal the Damages and Injuries that was done to the plaintiff and/or Cover-up the action of these defendants Constitute the tort of civil Conspiracy

70) The actions / clnaction of the defendant Each of them his Caused Mr. Brown to Suffer Constant Intense pain to the Back of my head and neck and lower Back liimbar area the actions of these defendants Col. Evans, Baddick, Boguslaw has further Caused plaintiff Mr. Brown to Suffer undied fear, shock, Emotional trauma, mental anxiety and paranoia

71) plaintiff Mr. Brown has and will Continue to suffer In the future from Stress, terror, humilation and physical pain as a further result of the Defendants actions / clnactions plaintiff Mr. Brown Suffer from Constant nightmare, reoccuring vision of the feiry Crash result of the plaintiff In need of psychiatric Care and Medication.

( Relief Requested )
Wherefore plaintiff Mr. Brown Request that the Court grant: the following relief:
A. Issue declaratory judgment Stating that.
1) The Action of Evans, Boguslaw, Baddick, well-path ino Constitute negligence fail to protect and ordinary negligence on Medical treatment Order Injunction relief TRo / Motion Send the plaintiff to the emergency Room for his Injuries

14

B. The action of Evans, Beddak, Boguslow Constitute negligence, failure to protect and denied Standard of Care treatment

2) The actions / Unactions of these Defendants Constitute Civil Conspiracy.

A Ward Compensatory Damages 300,000.00 $
Award punitive Damages 300,000.00 $
A ward nominal Damages 1.00 $
(Attorney fee)

Grant any other relief as it may appair plaintiff is Entitled, or that the Court deems equitable and just

79)                                    Cause of Action 2th 42 U.S.C. § 1983
                          Eighth Amendment claim
                    Deliberate Indifference fail to protect Defendants
              Col. Evans.

Paragraphs 1 through 91 are hereby Incorporated by reference as if more fully set forth Below.

73) Defendant officer Col. Evans Knowingly, Intentionally, and with reckless and deliberate disregard for the plaintiff health and Safety was driving down the highway and crash Into another Vehicle Rear which was not moving while he was Incarcerated at SCI-frackville

74) Defendant Col. Evans deliberately Indifference to the plaintiff mr. Brown Safety Deprive mr. Brown By failed to protect Constituted cruel and unusual punishment In Violation of the plaintiff rights under the Eighth and

15

fourteenth amendment of the United States Consitition, of america.

75) Defendant Col. Evans deleberately decision to be driving and texting at the same time down St. Clear pi high away was done with the knowledge and understanding of a substantial and excessive risk to the plaintiff health and safety and was done in disregard of that excessive risk to the plaintiff Mr. Brown health and Safety

76) Defendant Col. Evans decision to deny Mr. Brown Safety was done with the intent and for the purpose punishing by failed to protect Violation of his rights under the Eighth and fourteenth amendment of the United States constitution

77.) As a direct and proximate result of the malicious intentional, deliberate and/or Reckless actions of Defendant Col. Evans the plaintiff Suffered injuries which are discribed above.

78) The above discribed actions of the Defendant Col. Evans in his Individual Capacity, was so malicious, intentional and reckless and displayed Such a reckless indefferences to the plaintiff rights and well-being that the imposition of punitive damages is warranted.

16.

Wherefore pursuant to 42 U.S.C. $1983 and $1988, plaintiff demands compensatory and punitive damages against Defendant Col. Evans In his Individual capacity In an amount In excess of three hundred thousand (300.000 -:00) Dollars plus Interest, Costs attorney fee and other appropriate relief.

Cause of Action 3# 42 U.S.C. § 1983 Eighth amendment Claim Deliberate Indifference to Basic Human needs Defendant Col. Evans, Dr. peter Baddick, PA. Nichol, Boguslaw, well-path health ino.

79) paragraphs 1 through 91 are hereby Incorporated by reference as if more fully Set forth below.

80) Defendants Col. Evans, Dr. Baddick, Boguslaw, well-path inc Knowingly, Intentionally, and with reckless and deliberate disregard for the plaintiffs health and Safety denied the plaintiff adequate medical treatment and testing and to be Send to the emergency Room for Injury he Sustain In a Car Crash and to be Seen by a Specialist for months while he was at SCI- flackville State prison.

81) Defendants Col. Evans, Dr. Baddick, Boguslaw, well-path Inc. deliberate Indifference to the plaintiff need for adequate medical treatment and testing and to be Send to the emergency Room for Injuries he Sustain In a Car Crash and to be Seen by a Specialist approximately for months Deprived the plaintiff.

of a Basic human need and constituted cruel and unusual punishment its Violation of the plaintiff rights under the Eighth and fourteenth amendment of the united States constitution.

82) Defendants Col. Evans, Dr. Baddick, Boguslaw, well-path inc. deliberate decision to deny plaintiff adequate medical treatment and testing and to be send to the emergency Room for his unfuries he Sustain in a Car crash and to be seen by A Specialist for months was done with the knowledge and understanding of the excessive risk to the plaintiff health and safety and was done in disregard of that excessive risk to the plaintiff health and safety

83) Diefendants Col. Evans, Dr. Baddick, Boguslaw, well path inc decision to deny the plaintiffs adequate medical treatment and testing and to be send to the emergency Room for his injuries he Sustain in a Car crash and to be seen pay A Specialist for months was done with the intent and for the purpose of punishing the plaintiff in violation of his rights under the Eighth and fourteenth amendment of the united States constitution.

84) As direct and proximate result of the Malicious, intent-ional, deliberate and/or reckless action of these Defendants Col. Evans, Dr. Baddick, Boguslaw, well-path inc. the plaintiff suffered injuries which are described above.

85) The above described actions of the Defendants Col. Evans, Dr. Baddick, Boguslaw, Well-path inc In his/her Undivid-real Capacity and official Capacity was so malicious, Intentiona and reckless and displayed such a reckless Indifference to the plaintiff rights and well-being, that the Imposition of punitive Damages Is warranted.

Wherefore pursuant to 42 U.S.C. § 1983, and 1988, plaintiff demands Compensatory and punitive damages against Defendants Col. Evans, Dr. Baddick, Boguslaw, well-path inc In his/her Individ-ual and official Capacity In an amount In excess of three Hundred Thousand (# 300.000.00) Dollars plus Interest, cost attorney fee and other appropriate relief.

Cause of Action 4 #
· Intentional Infliction of Emotional
Distress Evans, Dr. Baddick, Boguslaw, well-path inc

86) paragraphs 1 through 91 are hereby Incorporated by reference as if more fully Set forth Below.

87) plaintiff believes and therefore avers that the Defendants officer Evans, Dr. Baddick, PA. Boguslaw, well path inc through there actions as more fully set forth In the preceding parag-raphs of this complaint did Inflict serious emotional distress upon plaintiff In an Intentional and or reckless manner.

19

88) The above-described Malicious, Intentional and/or reckless acts and omission of the Defendants Evans, Baddick, Bogislaw, well-path shre was outraigeous, atrocious, and completely Intolerable In a civilized Society and went beyond all possible Bounds of decency.

89) The above-mention Malicious, Intentional and/or reckless acts and/or reckless acts and omission of defendant nurse pt. Bogislaw, Dr. Baddick, Evans, well-path inc Cause the plaintiff emotional Distress, anxiety and fear

90) As A direct and proximate result of the Malicious, Intent-ional and/or reckless actions of the Defendants the plaintiff Mr. Brown Suffered Injuries which are described above.

91) The above described Actions of the Defendants were So malicious and Intentional and displayed Such Reckless Undifference to the plaintiff rights and Well-being that the Imposition of punitive Damages Is warranted.

Wherefore, plaintiff Demands compensatory and punitive Damages against these Defendants Evans, Baddick, Bogislaw, well-path inc for the common Law tort of Intentional Inflictional of emotional distress In an amount In excess of three hundred thousand ($300,000.00$) Dollars plus cost Interest, attorney fee and Delay Damages

Date: November 7, 2023

I Keith S. Brown State True and Correct under Penalty of perjury persuant to 28 U.S.C

Respectfully Submitted
By: Keith S. Brown HS5040
    SCI-COAL TWP
    1 Kelley Drive
    COAL Township PA 17866

20

IN The United States District Court
For the middle District of Pennsylvania

Keith S. Brown
        Plaintiff

VS                                         Civil No. 1:23-CV-1123

Col. Evans et.al.,                         Jury trial Demanded
        (Defendants)

Certificate of Service
I Hereby Keith Brown Certify a true and correct
copy of Amended Complaint 20 pages in the above case
U.S. Mail to the below Indicated November 7, 2023

                                    Keith S. Brown HS5040
                                    SCI-COAL TWP
                                    1 Kelley Drive
                                    COAL Township PA 17866

Most Honorable Judge
Jennifer P. Wilson
United States District Court
Middle District of Pennsylvania
U.S. Courthouse
228 Walnut Street
P.O Box 983
Harrisburg PA 17108

Tyler M. Jefferies Deputy attorney General
15th Floor Strawberry Square
        Civil Litigation
Harrisburg PA 17120

Benjamin M. Lombard Esquire
Four PPG Place 5th FL
PGH PA 15222                          CC:

Keith S. Brown HS5040
SCI-CoAL TWP
1 Kelley Drive
Coal Township PA 17866

INMATE MAIL
PA DEPT OF
CORRECTIONS

US POSTAGE PITNEY BOWES

ZIP 17866 $ 000.87⁰
02 4W
0000386703 NOV 13 2023

RECEIVED
HARRISBURG, PA
DEC 04 2023
PER_____
DEPUTY CLERK

Most Honorable
Jennifer P. Wilson
United States District Court
Middle District of pennsylvania
U. S. Courthouse
228 Walnut Street
P. O. Box 983
Harrisburg PA 17108

RHU
MAIL